UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:10-CR-00116 |
| | ) Judge HAYNES |
| KEITH CHURN | ) |

MOTION FOR AN ORDER OF FORFEITURE
CONSISTING OF A $136,500.00 UNITED STATES CURRENCY MONEY
JUDGMENTS AS TO COUNTS 3, 7, 8, 9, 10, 11, AND 12

*[handwritten annotation: ORDER Transmitted as ordered as on 2-14-14]*

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based on the conviction by jury to Counts 3, 7, 8, 9, 10, 11, and 12 of the Indictment in the above-styled case, for an Order of Forfeiture consisting of $136,500.00 United States currency Money Judgments against Defendant Keith Churn on Counts 3, 7, 8, 9, 10, 11, and 12 of the Indictment.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151

1