UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | No. 3:10-00116 |
| | ) | Judge Haynes |
| KEITH CHURN | ) | |

### FIRST MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, by and through counsel, and would move the Court for an Order continuing the Sentencing Hearing of this case that is currently set to be heard on begin on March 7, 2014 until a later date that is convenient with the Court's calendar. As grounds for this request counsel would show the Court the following:

Due to undersigned counsel's recent in-court schedule, he has been unable to complete preparation for the sentencing hearing that is set for March 7, 2014. During the month of February counsel has either been in court or has prepared for court hearings and/or trials other than this case twenty-six out of the twenty-eight days in February. Counsel initially received the Presentence Report on January 30, 2014 and is still in the process of determining whether there will be objections to the Presentence Report filed on behalf of Mr. Churn.

Counsel would submit that a brief continuance of 30 days will be more than enough time to complete preparations for the Sentencing Hearing and absent extraordinary circumstances does not anticipate asking for additional time should the Court grant this Motion.

*[Handwritten order in right margin:]* ORDER. The motion to continue is granted for the parties to have 20 days to submit an agreed order for the hearing. *[signature]* 3-3-14