IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-cr-00116 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| KEITH CHURN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The sentencing hearing in this action currently set for Friday, April 18, 2014 at 3:00 p.m., is reset for **Monday, April 21, 2014 at 11:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 10th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court