IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Case No. 3:10-00116 |
| | ) | Chief Judge Haynes |
| KEITH CHURN | ) | |

## AGREED ORDER SETTING SENTENCING HEARING

This matter is before the Court to reset the Sentencing Hearing that was scheduled to be heard on Friday, April 4, 2014. Based upon the agreement of the parties and the availability of the Court it is so ORDERED that the Sentencing Hearing in the above caption case is reset for **Friday, June 13, 2014, at** 3:00 p.m.

This Agree Order is filed pursuant to the Court's previous Order directing the parties to file and agreed order resetting the Sentencing Hearing in this case. (DE 84).

_____
Chief Judge William J. Haynes, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appearance has been delivered to all parties so designated to receive notice via the ECF/CM filing system on this the 28th day of April, 2014.

/s/ Barry R. Tidwell
Barry R. Tidwell