UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-00116 |
| | ) | |
| KEITH CHURN | ) | CHIEF JUDGE HAYNES |

[Handwritten annotation: Granted. The Defendant is granted until August 15, 2014 to self-report. There is no further extension. William J. Haynes Jr. 7-18-14]

### RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO SELF-REPORT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, in response to defendant's motion for an extension of time in which to report to the Bureau of Prisons to serve his sentence in this case. The United States does not object to one extension for a period of thirty days for the reasons set forth in the defendant's motion. However, the United States will oppose any future motions to extend time for reporting to the Bureau of Prisons based upon the same medical issue raised in defendant's current motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney

BY:   <u>s/ Sandra G. Moses</u>
      SANDRA G. MOSES
      Assistant U. S. Attorney

BY:   <u>s/ William F. Abely</u>
      WILLIAM F. ABELY
      Assistant U. S. Attorney