IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-cr-00116 |
| | ) | Chief Judge Haynes |
| KEITH CHURN. | ) | |

## ORDER

Before the Court is Defendant's motion to withdraw court-appointed counsel as attorney of record (Docket Entry No. 102). As Defendant's case is now pending before the Sixth Circuit Court of Appeals, and the Sixth Circuit Court of Appeals has already granted Defendant's motion and appointed new counsel (Docket Entry Nos. 103 and 105), this motion is **DENIED** as moot.

It is so **ORDERED**.

ENTERED this the ___ day of September, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge