IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-cr-116 |
| Plaintiff, | |
| | Chief Judge William J. Haynes, Jr. |
| vs. | |
| KEITH CHURN, | **MOTION FOR RELEASE PENDING APPEAL** |
| Defendant. | |

Defendant Keith Churn, through counsel, respectfully moves this Court to grant him release pending appeal, pursuant to 18 U.S.C. §3143(b). A memorandum in support follows.

Respectfully submitted,

/s/Melissa M. Salinas
MELISSA M. SALINAS, Esq. (MI-P69388)
Appellate Director
Office of the Federal Public Defender
617 Adams Street, Second Floor
Toledo, OH 43604
(419)259-7370(phone); (419)259-7375 (fax)
melissa_salinas@fd.org

Counsel for Keith Churn

ORDER

After review of the parties' motion papers and for the factual reasons and authorities cited by the United States (D/E do /09), this motion is DENIED.

[signature]
10-20-14